Roberta L. Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
TEL: (415) 522-3011

John F. Stanley, Supervisory Trial Attorney
May Che, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
TEL: (206) 220-6919
may.che@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO.  CV- |
| Plaintiff, | COMPLAINT |
| v. | |
| AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC. | JURY TRIAL DEMAND |
| Defendant. | |

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the

COMPLAINT- Page 1 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

basis of sex (female/pregnancy), and to provide appropriate relief to Katherine Hall who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that American Medical Response Ambulance Service, Inc. ("AMR" or "Defendant") subjected Katherine Hall to disparate treatment in violation of Title VII by refusing to accommodate her pregnancy-related restrictions, while accommodating other non-pregnant employees who were similar in their ability or inability to work.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged

COMPLAINT- Page 2 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4.     At all relevant times, Defendant has been continuously doing business in the State of Washington and has continuously employed at least fifteen (15) employees.

5.     At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6.     More than thirty (30) days prior to the institution of this lawsuit, Charging Party Katherine Hall filed Charge No. 551-2018-00685C with the EEOC alleging violations of Title VII by Defendant.

7.     On April 22, 2019, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that Title VII was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

8. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

10. On May 15, 2019, the Commission issued to Defendant a Notice of Failure of Conciliation.

11. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

12. Since at least June 30, 2017, Defendant has engaged in unlawful employment practices at its Spokane, Washington facility in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-(2)(a), by refusing to accommodate the pregnancy-related work restrictions of Hall while accommodating the work restrictions of non-pregnant employees similar in their ability or inability to work. Hall was affected by said unlawful employment practices.

13. Hall began her employment with Defendant in or about June 2014 as an Emergency Medical Technician (EMT).

14. In December 2016, Hall became pregnant.

**COMPLAINT-** Page 4 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

15. On June 30, 2017, Hall emailed Defendant requesting a pregnancy-related accommodation. At that time, Hall was working as a Paramedic and Field Training Officer. Hall provided Defendant with a note from her medical provider which advised that Hall was restricted to light duty work, including a 20-pound lifting limit, shifts no longer than 12 hours, and a recommendation that Hall not work in the field but be allowed to work in dispatch. In her email, Hall also made numerous suggestions to Defendant about potential alternative assignments that would allow her to continue working during her pregnancy.

16. That same date on June 30, 2017, Defendant's Regional Director denied Hall's request for a pregnancy-related accommodation. Defendant's Regional Director advised Hall there was no alternative work available at the time and further advised Hall that due to her work restrictions, she would need to take a leave of absence instead.

17. Hall could not afford being placed on unpaid leave.

18. Later that same date on June 30, 2017, Hall provided Defendant a revised note from her medical provider which only restricted Hall from working shifts longer than 12 hours.

19. On July 3, 2017, Defendant again denied Hall's request for accommodation. Instead, Defendant's Operations Manager directed Hall to get

COMPLAINT- Page 5 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

another doctor's note that cleared Hall to work full duty, stating that her request to limit her shift to 12 hours causes issues if she were to get a late call or extrication.

20.     At all relevant times, Defendant had and continues to have a policy or practice at its Spokane, Washington facility of regularly accommodating non-pregnant employees who have work restrictions similar to Hall's under circumstances in which the non-pregnant employees' restrictions are caused by work place injuries.  At all relevant times, Defendant's employees who were injured on the job were provided with light duty or other job modifications under Defendant's policy or practice, but employees with similar restrictions related to pregnancy were not provided light or modified duty.

21.     The effect of the practices complained of in paragraphs 12-20 above has been to deprive Hall of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex and pregnancy.

22.     The unlawful employment practices complained of in paragraphs 12-20 above were and are intentional.

23.     The unlawful employment practices complained of in paragraphs 12-20 above were done with malice or with reckless indifference to the federally protected rights of Katherine Hall.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

COMPLAINT- Page 6 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

A. Grant a permanent injunction enjoining Defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from unlawfully failing to provide equal employment opportunities to employees because of their sex (female) and/or pregnancy, and any other employment practice which discriminates on the basis of sex (female) and/or pregnancy.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees because of their sex (female) and/or pregnancy, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Katherine Hall by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 12-20 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

D. Order Defendant to make whole Katherine Hall by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 12-20 above, including pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

COMPLAINT- Page 7 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

    E.    Order Defendant to pay Katherine Hall punitive damages for its malicious and reckless conduct, as described in paragraphs 12-20 above in amounts to be determined at trial.

    F.    Grant such further relief as the Court deems necessary and proper in the public interest.

    G.    Award the Commission its costs of this action.

DATED this 25th day of July 2019

BY: */s/ Roberta L. Steele*  
Roberta L. Steele  
Regional Attorney  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
San Francisco District Office  
450 Golden Gate Ave, 5th Floor West  
P.O. Box 36025  
San Francisco, CA 94102  
TEL: (415) 522-3011  
roberta.steele@eeoc.gov  

BY: */s/ John F. Stanley*  
John F. Stanley  
Supervisory Trial Attorney  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Seattle Field Office  
909 First Avenue, Suite 400  
Seattle, WA  98104-1061  
Telephone (206) 220-6896  
john.stanley@eeoc.gov  

BY: */s/ May Che*  
May Che  
Senior Trial Attorney  

JAMES L. LEE  
Deputy General Counsel  

GWENDOLYN Y. REAMS  
Associate General Counsel  

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Office of the General Counsel  
131 M Street NE, 5th Floor  
Washington, D.C. 20507  

COMPLAINT- Page 8 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
Seattle Field Office  
909 First Avenue, Suite 400  
Seattle, Washington  98104-1061  
Telephone:  (206) 220-6883  
Facsimile:  (206) 220-6911  
TDD:  (206) 220-6882

Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6919
Facsimile (206) 220-6196
may.che@eeoc.gov

Attorneys for Plaintiff

**COMPLAINT-** Page 9 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 25th day of July, 2019

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-220-6855
Email: rebecca.eaton@eeoc.gov

**COMPLAINT-** Page 10 of 10

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882