HONORABLE ROSANNA MALOUF PETERSON

JACKSON LEWIS P.C.
Barry Alan Johnsrud, WSBA #21952
520 Pike Street, Suite 2300
Seattle, WA 98101
206-405-0404
Barry.johnsrud@jacksonlewis.com
Attorney for Defendant American Medical Response Ambulance Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.<br><br>Defendant. | No. 2:19-cv-00258-RMP<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |
|---|---|

Defendant American Medical Response Ambulance Service, Inc. ("AMR"), by and through its undersigned counsel, answers Plaintiff's Complaint and alleges affirmative defenses as follows:

## JURISDICTION AND VENUE

1. Defendant does not contest subject matter jurisdiction.

ANSWER AND AFFIRMATIVE DEFENSES - 1
(Case No. 2:19-cv-00258-RMP)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

2. Defendant does not contest venue in the United States District Court for the Eastern District of Washington.

## PARTIES

3. Admit.

4. Admit.

5. Defendant admits that it has been an employer engaged in an industry affecting commerce at all relevant times. Defendant denies the remaining express and implied allegations of this paragraph.

## ADMINISTRATIVE PROCEDURES

6. Admit.

7. Admit that a determination letter was issued. Deny that Title VII was violated and that there was a need to eliminate "discriminatory practices" or provide relief to Charging Party, Katherine Hall.

8. Admit that there were some communications. Deny that Defendant committed any discriminatory practice as alleged.

9. Admit.

10. Admit.

11. Admit.

## STATEMENT OF CLAIMS

12. Denied.

ANSWER AND AFFIRMATIVE DEFENSES - 2
(Case No. 2:19-cv-00258-RMP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1    13.    Admit.

2    14.    Admit, upon information and belief.

3    15.    Admit that on or about June 30, 2017, Hall provided notice of medical restrictions while working as a Paramedic and Field Training Officer that would not allow her to perform the essential functions of her assigned position. Defendant admits that Hall provided a note from her medical provider and stated her desire to train for other positions. Defendant denies these positions were a reasonable accommodation of her pregnancy-related medical restrictions, under the circumstances.

16.    Admit that Defendant was not able to grant Hall's requests for temporary alternative positions, and that as an alternative accommodation, Defendant offered Hall a job-protected leave of absence. Defendant denies the remaining allegations of this paragraph.

17.    Defendant denies for want of knowledge.

18.    Admit that on or about June 30, 2017, Hall provided an additional, revised medical restriction, this time limiting Hall's performance of duty to 12-hour shifts.

19.    Admit that Hall's modified requests still did not allow her to perform the essential functions of her assigned position, based in part on concerns raised by late calls or extrications in her position as a Paramedic who responds to 9-1-1

ANSWER AND AFFIRMATIVE DEFENSES - 3
(Case No. 2:19-cv-00258-RMP)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

emergency calls and provides prehospital care to members of the public. Denied as to the remaining allegations of this paragraph.

20. Admit that Defendant had and has policies or practices specifically for certain employees with restrictions caused by workplace injuries or workplace illnesses. Denied as to the remaining allegations, including to the extent the claim states that Defendant's policies and practices continue today as they existed in 2017.

21. Denied.

22. Denied.

23. Denied.

## PRAYER FOR RELIEF

This Defendant denies that Hall or the EEOC are entitled to any relief whatsoever by way of the Complaint.

## GENERAL DENIAL

Any allegations or statements in the Complaint, including Plaintiff's Prayer for Relief, not expressly admitted are denied.

## AFFIRMATIVE DEFENSES

By way of further answer and without waiving any allegations previously denied, the following affirmative defenses are asserted.

ANSWER AND AFFIRMATIVE DEFENSES - 4
(Case No. 2:19-cv-00258-RMP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1.   Hall's damages, if any, were proximately caused by or contributed to by acts, omissions, and/or other legal duties of Hall's.

2.   Pending further discovery, Hall may have failed to properly mitigate her alleged damages, if any.

3.   Defendant acted reasonably, in good faith, and with reasonable grounds for believing that its conduct complied with the law.

4.   Without modifying Defendant's answers to the allegations in the Complaint, if a trier of fact were to conclude that any protected status or activity motivated, even in part, any employment decision challenged by Plaintiff, which Defendant expressly denies, Defendant affirmatively states that the same decision(s) would have been made without consideration of any protected status or activity.

5.   To the extent that punitive damages are claimed, Defendant had an express policy forbidding discrimination based upon gender and disability and a formal complaint procedure. Defendant relied in good faith on the majority and concurring opinions in *Young v. UPS*, 135 S.Ct. 1338, 1349-50; 1360-61 (2015), in which the United States Supreme Court expressly rejected the interpretation of the Pregnancy Discrimination Act and the Americans with Disabilities Act here proposed by the Commission, which defeats Plaintiff's claim for punitive damages

ANSWER AND AFFIRMATIVE DEFENSES - 5
(Case No. 2:19-cv-00258-RMP)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  and demonstrates Defendant's good faith in following lawful practices with

2  regarding to its transitional work assignment program.

3      6.    Defendant's practices at times material to this case limited its

4  transitional work assignment program to workers with job-related injuries or

5  illnesses and where required by state law.

6      7.    Pending further discovery, Plaintiff's claims may be subject to the

7  defenses set forth in F.R.C.P. 12(b).

8      8.    Plaintiff's claims should be strictly limited to the scope of

9  discrimination charged, for failure to exhaust administrative remedies with respect

10 to any theory of discrimination other than sex discrimination by a pregnancy

11 discrimination theory.

12 <u>RESERVATION OF RIGHTS</u>

13 In further answer, Defendant reserves the right to amend and add additional

14 defenses and make further claims as may be warranted by discovery and motion

15 practice in this case.

16 DATED this 13th day of September, 2019.

17 JACKSON LEWIS P.C.

18

19 By: *s/ Barry Alan Johnsrud*
    Barry Alan Johnsrud, WSBA #21952
    520 Pike Street, Suite 2300

20     Seattle, WA 98101
    206-405-0404

21

ANSWER AND AFFIRMATIVE DEFENSES - 6
(Case No. 2:19-cv-00258-RMP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Barry.Johnsrud@jacksonlewis.com

Attorney for Defendant

ANSWER AND AFFIRMATIVE DEFENSES - 7
(Case No. 2:19-cv-00258-RMP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

> Roberta L. Steele
> U.S. Equal Opportunity Commission
> San Francisco District Office
> 450 Golden Gate Ave, 5th Floor West
> P.O. Box 36025
> San Francisco, CA 94102
> 415-522-3011
> Roberta.steele@eeoc.gov
>
> Attorney for Plaintiff
>
> John F. Stanley
> May Che
> U.S. Equal Opportunity Commission
> Seattle Field Office
> 909 First Avenue, Suite 400
> Seattle, WA 98104
> 206-220-6919
> John.stanley@eeoc.gov
> May.che@eeoc.gov
>
> Attorneys for Plaintiff

DATED this 13th day of September, 2019.

>                                     *s/ Heather H. Adams*
>                                     Heather H. Adams

4822-4889-6163, v. 4

ANSWER AND AFFIRMATIVE DEFENSES - 8
(Case No. 2:19-cv-00258-RMP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404